Decided November 20, 1996

WINSTON CLARKE *v.* COMISSIONER OF
CORRECTION

The petitioner Winston Clarke's petition for certification for appeal from the Appellate Court, 43 Conn. App. 374 (AC 14760), is granted, limited to the following issue:

"Did the Appellate Court properly conclude that a habeas corpus petitioner alleging his innocence must show that his claim of innocence is sustained by newly discovered evidence?"

The Supreme Court docket number is SC 15575.

*James A. Shanley, Jr.*, special public defender, in support of the petition.

*Rita M. Shair*, assistant state's attorney, in opposition.

Decided November 20, 1996